IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV136-RLV-DSC

| | |
|---|---|
| KAREN HUBBARD, | ) |
|       Plaintiff, | ) |
| v. | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, et al., | ) |
|       Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [of Russell S. Thompson, IV]" (document #20) filed April 24, 2012. For the reasons set forth therein, the Motion is <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.                                     Signed: April 25, 2012

David S. Cayer
United States Magistrate Judge