IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 5:11CV136-RLV-DSC

| KAREN HUBBARD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES, LLC, et. al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court sua sponte. The Court **WITHDRAWS** the Order (document #40) issued this date granting "Plaintiff's Motion for Leave to File Second Amended Complaint ..." (document #34).

The "Second Amended Complaint" (document #42) filed this date is **STRICKEN** as improvidently filed.

The Court will rule on Plaintiff's Motion following the filing of Defendant Portfolio Recovery Associates, LLC's response brief as well as any timely reply brief filed by Plaintiff.

The Clerk is directed to send copies of this Order to counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED.**

Signed: November 19, 2012

David S. Cayer
United States Magistrate Judge