IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:11CV136-RLV-DSC

| | | |
|---|---|---|
| KAREN HUBBARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, et. al., | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the Application for Admission to Practice Pro Hac Vice [for Marshall Meyers]@ (document #61). For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED.**

Signed: December 10, 2012

David S. Cayer
United States Magistrate Judge